DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERRY L. HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00159 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| TERRY L. HAYES | ) ) | Date: September 10, 2007 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for August 20, 2007, **may be continued to September 10, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing, and will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: August 15, 2007    By   /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 15, 2007    By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
TERRY L. HAYES

**ORDER**

. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 15, 2007**          /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon         2