1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) Cr. F. 07-00159 OWW
                                    )
12                  Plaintiff,      ) STIPULATION AND
                                    ) ORDER THEREON FOR CONTINUANCE
13              v.                  )
                                    )
14  TERRY L. HAYES,                 )
                                    )
15                  Defendant.      )
    _____)
16

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18  United States Attorney and Sherrill A. Carvalho, Assistant U.S.

19  Attorney and Marc Days, attorney for defendant, Terry Hayes, that

20  the motions hearing currently scheduled for October 15, 2007, be

21  continued to October 29, 2007 at 9:00 a.m.

22        This continuance is requested by counsel for the government

23  due to unavailability of government counsel at the currently

24  scheduled hearing date.

25        The parties agree that the delay resulting from the

26  continuance shall be excluded in the interests of justice herein

27  for effective defense preparation, plea negotiations, and the

28

1 filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

2 3161(h)(8)(A), and 3161(h)(8)(B)(iv).

3 Dated: September 27, 2007         Respectfully submitted,

4                                McGREGOR W. SCOTT
                               United States Attorney

5

6                       By:  /s/ Sherrill A. Carvalho
                               SHERRILL A. CARVALHO

7                                Assistant U.S. Attorney

8 Dated: September 25, 2007         /s/ Marc Days
                               MARC DAYS

9                                Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Cr. F. 07-00159 OWW
                                   )
12              Plaintiff,         ) ORDER REGARDING PARTIES'
                                   ) STIPULATION AND REQUEST
13                                 ) FOR CONTINUANCE OF MOTIONS
             v.                    ) HEARING
14                                 )
    TERRY L. HAYES,                )
15                                 )
                Defendant.         )
16  _____)

17

18       On September 25, 2007, the parties lodged a stipulation to

19  continue the motions hearing currently scheduled for October 15,

20  2007 at 9:00 a.m. to October 29, 2007, at 9:00 a.m.  Upon due

21  consideration of the written stipulation of the parties and the

22  record herein, the Court issues the following order:

23       The parties' stipulation and request to continue the motions

24  hearing until October 29, 2007 at 9:00 a.m. is granted.  Further,

25  the delay resulting from the continuance shall be excluded in the

26  interests of justice herein to allow reasonable time for

27  effective defense preparation, plea negotiations, and the filing

28

1  of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A)

2  and 3161(h)(8)((B)(iv).

3

4  IT IS SO ORDERED.

5  **Dated:   September 27, 2007**              **/s/ Oliver W. Wanger**
   UNITED STATES DISTRICT JUDGE