IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.F. NO. 07-0159 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TERRY L. HAYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

IT IS ORDERED that the Application for Order Shortening Time for Plaintiff's MOTION TO CONTINUE TRIAL DATE is GRANTED; The motion will be heard on March 17, 2008 at 9:00a.m., in Courtroom 3. Defendant's opposition to the motion, if any, is due on March 12, 2008.

IT IS SO ORDERED.

Dated: March 7, 2008        /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            UNITED STATES DISTRICT COURT JUDGE

1