DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERRY L. HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TERRY L. HAYES,<br><br>        Defendant. | NO. 1:07-cr-00159 OWW<br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND HEARING ON MOTION FOR NEW TRIAL; [PROPOSED] ORDER<br><br>Date: January 12, 2009<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that any formal objections to the Presentence Report in the above-captioned matter now due November 24, 2008, shall be due on or before January 5, 2009, and that **the hearing on Defendant's motion for new trial and the sentencing hearing in the above captioned matter now scheduled for December 1, 2008, may be continued to January 12, 2009 at 9:00 a.m.**

      This continuance is requested by counsel for the defendant to allow additional time for defense preparation and to allow Defendant to avoid the need to drive from Oklahoma to Fresno due to the high costs of airfare during the Thanksgiving through Christmas/New Year holiday season. The requested continuance will conserve time and resources for both counsel and the court.

///

///

Exclusion of time to complete sentencing is not required. However, the parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: November 21, 2008       By  /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 21, 2008       By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
TERRY L. HAYES

**ORDER**

IT IS SO ORDERED.

**Dated:   November 21, 2008**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE