DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERRY HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00159 OWW |
|---|---|---|
| Plaintiff, | ) ) | *EX PARTE* APPLICATION FOR ORDER FOR REVIEW BY COUNSEL OF DOCUMENTS FILED |
| v. | ) ) | *UNDER SEAL*; ORDER |
| TERRY HAYES, | ) ) | Date: |
| Defendant. | ) ) | Time: Judge: Hon. Oliver W. Wanger |
|  | ) |  |

Counsel for Defendant Terry Hayes hereby makes *ex parte* application for an order that he be allowed to review the documents filed in this proceeding on July 22, 2008, **under seal**, as evidenced by docket entries numbered 66, 67 and 68. Defendant lodged an expert report which was the subject of a motion *in limine* filed by the government. The expert report lodged by defendant was not docketed, however, the government has stated it "believes" it filed the report under seal, which would be docket entries numbered 66, 67 and 68. Defendant would like to review docket entries numbered 66, 67 and 68

///

///

///

///

///

to ascertain whether the expert report was filed with the court for its consideration, and if so, whether it is the entire report.

Dated:  January 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
TERRY HAYES

## ORDER

**IT IS SO ORDERED.**  Defendant's counsel, Assistant Federal Defender Marc Days, or his representative, is hereby authorized to review the documents filed on July 22, 2008, *under seal* in the above-referenced proceedings as evidenced by docket entries numbered 66, 67 and 68.  Save and except as herein ordered, all remaining documents filed *under seal* in this matter shall not be subject to review shall remain sealed and shall not be subject to review pending further order of the court.

DATED:  January 30, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER, Senior Judge
United States District Court